UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                              ) CASE NO. MJ 17-208
      Plaintiff, )
                                              )
      v. )
                                              ) DETENTION ORDER
REECE T. CONRAD, )
                                              )
      Defendant. )
_____ )

<u>Offense charged</u>: Felon in Possession of a Firearm; Possession of Heroin with Intent to Distribute; Possession of Methamphetamine with Intent to Distribute

<u>Date of Detention Hearing</u>: June 8, 2017.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

                  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      1.     Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. The instant charges are based on alleged offense conduct that occurred while defendant was on state supervision for Robbery in the First Degree with a Firearm. The instant charges were initially filed in state court, and defendant's Community Corrections Officer advises that when defendant was bonded out on the state charges, he reported for intake and tested positive for opiates, following which he was immediately taken back into custody. The officer reports that defendant violated conditions throughout the term of his state supervision by using substances, possessing substances, missing drug testing, violating facility rules on four occasions while in custody, and absconding from supervision on multiple occasions. The officer characterizes defendant as avoiding his assigned officer and not making himself available for supervision. At the time of arrest, defendant had an active warrant from the state Department of Corrections. The AUSA proffers that defendant attempted to flee at the time of arrest by law enforcement.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

1. counsel;
2. 3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
3. 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 8th day of June, 2017.

Mary Alice Theiler
United States Magistrate Judge