The Honorable Robert S. Lasnik

Posted

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REECE CONRAD,<br><br>Defendant. | NO. CR15-~~175~~ 150 RSL<br><br>~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION TO EXTEND DUE DATE OF GOVERNMENT'S RESPONSES TO PRETRIAL MOTIONS |

Having reviewed the parties' Agreed Motion to Extend Due Date of Government's Responses to Defendant's Pretrial Motions, and based upon the reasons set forth in that Motion,

IT IS ORDERED that the government shall file its responses to defense's Motion to Suppress and Motion to Sever (Docket No. 20) no later than August 3, 2017.

//
//

UNITED STATES v. CONRAD/CR17-150
STIPULATION TO EXTEND DUE DATE OF
GOVERNMENT'S RESPONSE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 14th day of July, 2017.

*(signature)*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

UNITED STATES v. CONRAD/CR17-150
STIPULATION TO EXTEND DUE DATE OF
GOVERNMENT'S RESPONSE - 2