HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REECE CONRAD, ) <br> ) <br> Defendant. ) | No. CR17-150-RSL <br><br> ~~(PROPOSED)~~ ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |

THE COURT has considered the motion to withdraw as counsel, the ex parte declaration in support, and the records and files in this case.

IT IS NOW ORDERED that Assistant Federal Public Defender Gregory Murphy is permitted to withdraw as counsel in this matter and that new counsel shall be appointed to represent Mr. Conrad from the CJA panel.

DONE this 6th day of February, 2018.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender

ORDER TO WITHDRAW AS COUNSEL AND
FOR APPOINTMENT OF NEW COUNSEL
(*Reece Conrad*, CR17-150-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100