UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR17-150 RSL |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |
| REECE T. CONRAD, | |
| Defendant. | |

THE COURT, having reviewed defense counsel's *ex parte* motion to withdraw and appoint new counsel, hereby

ORDERS that Barry Flegenheimer may withdraw as counsel for Reece Conrad, and

FURTHER ORDERS that CJA is to appoint new counsel forthwith.

DATED this 29th day of February, 2024.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS COUNSEL AND FOR
APPOINTMENT OF NEW COUNSEL - 1
*United States v. Reece Conrad / CR17-150 RSL*