UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REECE T. CONRAD,<br><br>　　　　　　Defendant. | No.  CR17-150 RSL<br><br>ORDER ON MOTION TO SEAL *EX PARTE* MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |

　　　　Having reviewed counsel Barry Flegenheimer's Motion to Seal and the *Ex Parte* Motion to Withdraw as Counsel and for Appointment of New Counsel;

　　　　THE COURT ORDERS that counsel Barry Flegenheimer's *Ex Parte* Motion to Withdraw as Counsel and for Appointment of New Counsel shall be sealed.

　　　　DATED this 12th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　　　ROBERT S. LASNIK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order to Seal - 1
*United States v. Conrad / CR23-150 RSL*